UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-00480-RGK<br>CR 07-01251-RGK-5 | Date | August 15, 2011 |
|---|---|---|---|
| Title | ***CHARLENE FLORES v. UNITED STATES OF AMERICA*** | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Mack Jenkins, AUSA, Not Present | Charlene Flores, Pro Se, Not Present | |

**Proceedings:**    (IN CHAMBERS) ORDER RE MOTION UNDER 28 USC SECTION 2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

The Court has approved the government's request to file opposition to the defendant/petitioner's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody on August 10, 2011.

The Court FURTHER ORDERS petitioner's reply to be filed and served no later than **August 24, 2011**. The matter will be deemed submitted, and the clerk will notify the parties when the Court has reached a decision.

Petitioner's emergency motion to vacate pending 28 USC 2255 petition is denied as moot.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |